# Exhibit 4

| | |
|---|---|
| **From:** | Brett Klinker <brett.klinker@getcruise.com> |
| **Sent:** | Thursday, June 24, 2021 1:33 PM |
| **To:** | Hiler, Lucas |
| **Cc:** | Richelle Miller; Fisher, Sarah; Alverson, Shasta |
| **Subject:** | Re: [EXT] Supplemental Sick Leave Billing |

Hi Lucas/Shasta,

I connected with Richelle and we approve getting the codes updated and the backdated billing issues corrected so Aerotek isn't taking on this expense going forward.

Thanks,



**Brett Klinker**
Head of Contingent Workforce
*Cruisers, do you have questions? Submit them here*

On Fri, Jun 11, 2021 at 8:51 AM Hiler, Lucas <chiler@aerotek.com> wrote:

> Brett/Richelle,
>
> Hope your Friday is starting off well. Want to see if we can get some time on your calendar for next week to discuss the supplemental sick leave, recent policy changes and how that is impacting our billing. We currently do not have a pay code for supplemental sick leave, therefore it has been coded as CA sick leave causing Aerotek to currently pay out ~$35K in supplemental sick leave, that was not calculated into our pricing model with Cruise. If easiest, please shoot over a couple of available times for next week to discuss this matter and we will gladly schedule and coordinate a time. Thank you.
>
> Respectfully,
>
> Lucas Hiler
> Director of Strategic Accounts, Transportation
> Engineering & Sciences
>
> 210.379.1753 **M**
> chiler@aerotek.com




70 NE Loop 410 / Suite 905 San Antonio, TX 78216

   

AEROTEK.COM

This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic mail or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify us immediately by reply e-mail so that we may correct our internal records. Please then delete the original message (including any attachments) in its entirety. Thank you

**Confidentiality Note:** We care about protecting our proprietary information, confidential material, and trade secrets. This message may contain some or all of those things. Cruise will suffer material harm if anyone other than the intended recipient disseminates or takes any action based on this message. If you have received this message (including any attachments) in error, please delete it immediately and notify the sender promptly.

| | |
|---|---|
| **From:** | Blomgren, Erica L. <eauters@actalentservices.com> |
| **Sent:** | Monday, November 14, 2022 10:00 AM |
| **To:** | Brett Klinker |
| **Subject:** | FW: Follow Up |
| **Attachments:** | Supplemental Sick Time- PO Request.pdf; Cruise Finish Summary.xlsx |

Brett,
As we discussed this AM, we need this closed out. When we talked about it on October 5th, you anticipated a closure date of 10/31. I will follow up if I have not heard by the end of the week.
Thanks,



**Erica L. Blomgren**
Director, Transportation Vertical
Strategic Client Development

O 314-801-5260
M 314-922-4916
eauters@actalentservices.com

2 CityPlace Dr, Suite 385 | St. Louis, MO 63017
actalentservices.com



**From:** Blomgren, Erica L.
**Sent:** Monday, October 31, 2022 9:56 AM
**To:** Brett Klinker <brett.klinker@getcruise.com>
**Subject:** FW: Follow Up

Brett-
Just as a quick follow up to the discussion this morning—I have confirmed this list encompasses all of the people we feel meet the contractual obligations and that leaves a balance of $94,745. Let me know the best way to move forward on that. Also, I am available to put together a call with our legal team if needed in the case we discussed Friday and today. Let me know!
Thanks,



**Erica L. Blomgren**
Director, Transportation Vertical
Strategic Client Development

O 314-801-5260
M 314-922-4916
eauters@actalentservices.com

2 CityPlace Dr, Suite 385 | St. Louis, MO 63017
actalentservices.com



1

**From:** Blomgren, Erica L.
**Sent:** Tuesday, October 25, 2022 7:49 AM
**To:** Brett Klinker <brett.klinker@getcruise.com>
**Subject:** Follow Up

Brett,
I hope you are doing well. I wanted to follow up on my voicemail and the supplemental sick time/10 day guarantee conversation we had on October 5th. I did some digging into your request around the 10 day guarantee's also. I know you mentioned you needed this month to have this wrapped up so I wanted to circle back on the topic. Below is the specific contractual guarantee that I believe you were referencing.

> 2.11   Worker Guarantee. Supplier represents, warrants and guarantees that Workers have the skills and experience to satisfactorily perform the Work ordered by Cruise in accordance with the terms and conditions of this Agreement and any Cruise Policies. Cruise may ask Workers who fail to comply with these expectations to leave the premises immediately. Further, for Workers who have been sourced and are terminated within the first ten (10) business days of the assignment due to unsatisfactory performance of such Worker's defined duties or behavior, Supplier will cancel any pending charges or refund any paid charges and furnish a replacement as soon as possible, if a replacement is requested by Cruise.

Based on this, I have the attached employees and their billings that would qualify. If you would like to put this together, Cruise would owe the back amount of $94,745 according to the calculation below.

$111,953 – Supplemental Sick Time
$17,208 – 10 day guarantee employees

Let me know the best way to get this wrapped up.
Thanks,



**Erica L. Blomgren**
Director, Transportation Vertical
Strategic Client Development

**O** 314-801-5260
**M** 314-922-4916
eauters@actalentservices.com

2 CityPlace Dr, Suite 385 | St. Louis, MO 63017
actalentservices.com



This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic mail or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify us immediately by reply e-mail so that we may correct our internal records. Please then delete the original message (including any attachments) in its entirety. Thank you